IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORLA JACKSON, ) | |
|     Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 12-00111-KD-B |
| ) | |
| GMAC MORTGAGE, LLC, ) | |
|     Defendant. ) | |

**ORDER**

This matter is before the Court on *pro se* Plaintiff Corla Jackson's "Motion for Objection to Notice of Bankruptcy and Effect of Automatic Stay, Motion for Relief of Automatic Stay and Motion for Injunction" (Doc. 24). On May 31, 2012, this action was automatically stayed by this Court pursuant to 11 U.S.C. § 362 due to the Defendant's bankruptcy filing in the Southern District of New York. (Doc. 23). As such, any relief Plaintiff seeks from entry of this stay must be sought first, by motion in accordance with the Federal Rules of Bankruptcy Procedure, and second, in the U.S. Bankruptcy Court for the Southern District of New York (where Defendant GMAC Mortgage, LLC filed a Chapter 11 Voluntary Petition (Case #12-12032) which was consolidated with bankruptcy case #12-12020). Accordingly, as Plaintiff's motion has been improperly filed in this Court, it is **ORDERED** that her "Motion for Objection to Notice of Bankruptcy and Effect of Automatic Stay, Motion for Relief of Automatic Stay and Motion for Injunction" (Doc. 24) is **STRICKEN**.

    **DONE** and **ORDERED** this the **4**<sup>th</sup> day of **June 2012.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**