# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CORLA JACKSON,<br>　　Plaintiff,<br>v.<br><br>GMAC MORTGAGE, LLC,<br>　　Defendant. | )<br>)<br>)　CIVIL ACTION NO. 12-00111-KD-B<br>)<br>)<br>) |

## ORDER

This action is before the Court on *pro se* Plaintiff Corla Jackson's motion filed December 26, 2013, entitled "Reconsideration Urgent Attention Motions Filed December 26, 2013 for Motion for Injunction/Motion for Automatic Stay, Motion for Relief of Automatic Stay/Stay Order, Motion to Correct Name on the Complaint, Motion to Lift Automatic Stay / Motion to Prceed [sic] to Trial" (Doc. 41).

On May 31, 2012, this action was stayed by the Court pursuant to 11 U.S.C. § 362 due to the Defendant's bankruptcy filing in the United States Bankruptcy Court for the Southern District of New York. (Doc. 23). Upon consideration, it is **ORDERED** that Jackson's present motion is **DENIED**. In so ruling, the Court reminds Jackson of the Order denying her motion to lift the automatic stay issued by the United States bankruptcy judge presiding over the Defendant's bankruptcy action,[1] which states, in relevant part: "Under the Supplemental Servicing Order, Jackson will be able to assert any available state law defenses (but not affirmative damages claims) in any action by GMAC Mortgage to recover possession. Jackson's damages claims will have to be pursued in this Court as part of the claims allowance process." (Doc 37-1 at 6). Thus, to the extent Jackson seeks to "block an illegal (Ejectment)" by the Defendant (Doc. 41 at 1), such a request for relief should be asserted as a defense in the pending state court action.

---

[1] A copy of that Order was submitted by the Defendant at ECF Doc. 37-1 and has also been attached as an

The parties are reminded that they are "to file a Joint Status Report, to advise the Court as to the status of the bankruptcy proceedings and this litigation, on or before Monday, March 17, 2014." (Doc. 40).

**DONE** and **ORDERED** this the **30th** day of **December 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

exhibit to this Order.